# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2019

SEAN F. McAVOY, CLERK

JAMES ANTHONY WILLIAMS,

*Plaintiff*

v.

STEPHEN SINCLAIR, BRUCE C. GAGE, KARIE RAINER, DR. VARNELL, DR. WALKER, DR. ROBTOY, DR. GIBSON, LIAM WALL, WALT END, TIM THRASHER, ROBERT HERZOG, ET AL.,

*Defendant*

Civil Action No. 4:18-CV-05196-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: DISMISSED for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: May 16, 2019

*CLERK OF COURT*

SEAN F. McAVOY

SEAN F. McAVOY